

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

NOTICE

Appellate case name:      Taj Mohammed v. D. 1050 W. Rankin, Inc.

Appellate case number:      01-13-00977-CV

Trial court case number:      1034730

Trial court:      Co Civil Ct at Law No 1 of Harris County

Pursuant to Texas Rule of Appellate Procedure 34.5(c), the district clerk is directed to file a special clerk's record containing <u>(1)</u> <u>the Defendant's Motion to Dismiss Plaintiff's Appeal for Lack of Jurisdiction due to Plaintiff's Failure to Timely File Appeal in Five Days from JP Court Judgment against Landlord (dated August 9, 2013) and (2) Order Denying Defendant's Motion to Dismiss Signed in Court (dated August 21, 2013)</u>. *See* TEX. R. APP. P. 34.5(c)(1).

The special clerk's record shall be filed in the First Court of Appeals within 10 days of the date of this notice.

The cost of preparing this record will be assessed as part of the costs of this appeal upon issuance of this Court's judgment.

Clerk's signature:   <u>/s/ Christopher Prine</u>

Date:   <u>November 13, 2014</u>